United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

m 05-10509

_____

SUE C. MCNEIL,

Plaintiff-Appellant,

VERSUS

WYETH,
Formerly Known as American Home Products Corporation,
Doing Business as A.H. Robins Company, Inc.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas

_____

ON PETITION FOR REHEARING

Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the "Motion for Modification of Certain Statements in the Court's Opinion" and the "Petition for Panel Rehearing for the Limited Purpose of Modifying Certain Statements in the Opinion" are DENIED.

_____/s/ Jerry E. Smith_____
JERRY E. SMITH
United States Circuit Judge